IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BASIN JEDEN ALI, | ) | 8:14CV239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| IMMRALION AND CUSTOMS ENIFORCEMENT, ERO, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On October 8, 2014, the financial officer at Plaintiff Basin Jeden Ali's former place of confinement, the Douglas County Correctional Center, advised the court that Ali was released from incarceration on September 22, 2014. (*See* Filing No. 10 at CM/ECF p. 2.) Ali has not updated his address with the court subsequent to his release from incarceration. He has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that: Ali shall have 30 days from the date of this Memorandum and Order to apprise the court of his current address, in the absence of which this matter will be dismissed without prejudice and without further notice. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: November 11, 2014: check for address; dismiss if no update.

DATED this 8th day of October, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.