IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BASIN JEDEN ALI, | ) | 8:14CV239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, ERO, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On October 8, 2014, the court ordered Plaintiff to apprise the court of his current address. (Filing No. 11.) The court cautioned Plaintiff that failure to update his address within 30 days would result in dismissal of this matter without further notice. To date, Plaintiff has not updated his address or responded to the court's order.

IT IS THEREFORE ORDERED that:

1. This action is dismissed without prejudice for want of prosecution. A separate Judgment will be entered in accordance with this Memorandum and Order.

2. All pending motions are denied as moot.

DATED this 3rd day of December, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.